

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-20-00100-CR

| | | |
|---|---|---|
| LACEY NOELLE TANNEHILL, Appellant | § | On Appeal from the 355th District Court |
| | § | of Hood County (CR14480) |
| | § | June 3, 2021 |
| V. | § | Memorandum Opinion by Justice Birdwell |
| THE STATE OF TEXAS | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed.

SECOND DISTRICT COURT OF APPEALS

By /s/ Wade Birdwell
Justice Wade Birdwell